```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

CertusBank, N.A., a national  )
banking association,          )
                              )
            Plaintiff,        )
                              )
      v.                      )   No. 13 C 7790
                              )
Addison Physical Medicine     )
and Rehabilitation Center,    )
LTD., Krys, Ltd., Edward Krys,)
                              )
            Defendants.       )
```

### MEMORANDUM

Because CertusBank has responded to this Court's brief November 21, 2013 memorandum order identifying (though on information and belief) the state of citizenship of co-defendant Edward Krys, thus confirming the existence of federal subject matter jurisdiction on diversity-of-citizenship grounds, this action can go forward. This Court's customary initial scheduling order, which set a December 26 status date, remains in effect.

_____
Milton I. Shadur
Senior United States Judge

Dated:   December 9, 2013